**No. 09-11083. Victor Morales-Escobedo, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5471.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 804.